IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| Maritza Rodriguez and Carlos Martinez, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Professional Finance Company, Inc.,<br><br>Defendant. | Case No. 1:22-cv-01680<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

**WHEREAS**, no defendant has filed an answer or a motion for summary judgment in this action; and

**WHEREAS**, no cross-claim or counter-claim has been filed in this action.

**NOW, THEREFORE**, Plaintiffs Maritza Rodriguez and Carlos Martinez hereby dismiss this action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: July 7, 2022

Respectfully Submitted,

/s/ *Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
221 West Monroe Street, Suite 2100
Chicago, IL 60606
(847) 208-4585
gklinger@milberg.com

*Counsel for Plaintiffs and Putative Class*

1